# Brafman & Associates, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

February 24, 2023

<u>VIA ECF</u>
The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     <u>United States v. Ng Chong Hwa a.k.a Roger Ng</u>, 18 Cr. 538 (MKB)

Dear Chief Judge Brodie:

      We write to request a modification to Mr. Ng's curfew, which is currently 8 pm – 8 am. Mr. Ng's sentencing memorandum is due today. Accordingly, we ask that the Court extend his curfew today *only* from 8 pm – 8 am to 1 am – 8 am. This will allow Mr. Ng to be present at our office to complete the memorandum.

                                                                                                      Respectfully submitted,

                                                                                                      Marc A. Agnifilo
                                                                                                      Teny R. Geragos

cc:     Counsel for the Government (via ECF)