# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

May 17, 2023

VIA ECF
The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Ng Chong Hwa a.k.a Roger Ng, 18 Cr. 538 (MKB)

Dear Chief Judge Brodie:

We write with the permission of Pretrial Services to modify Mr. Ng's conditions of release to allow him to attend a Tibetan Buddhism religious prayer retreat on Memorial Day Weekend at the Nyingma Palyul Dharma Center in Queens on between May 27th-May 29th. Mr. Ng requests that his curfew be expanded on May 27th and 28th to allow him to leave his apartment at 5am and return by 10pm, and on May 29th to allow him to leave his apartment at 5am and return to his apartment by his curfew.

Thank you for your consideration.

Respectfully submitted,

Marc A. Agnifilo

cc:   Counsel for the Government (via ECF)
Pretrial Services Officer Bianca Carter (via email)